**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30161 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-02125-FVS |
| v. | |
| ELIJAH SWEOWAT, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Fred L. Van Sickle, District Judge, Presiding

Submitted August 14, 2013[**]

Before:    SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Elijah Sweowat appeals from the district court's judgment and challenges his jury-trial conviction and 188-month sentence for crime on an Indian reservation, aggravated sexual abuse, in violation of 18 U.S.C. §§ 1153 and 2241(a).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Sweowat's

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Sweowat has filed a motion for summary judgment, which we construe as a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**